UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILL STEPHENS, Plaintiff,

v. Civil Action No. 3:23-cv-19-DJH-RSE

LVNV FUNDING, LLC and
RESURGENT CAPITAL SERVICES, L.P., Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 17) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

July 5, 2023

David J. Hale, Judge
United States District Court

1